

TB   D.C.

ELECTRONIC

**Jan 18, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
# 13-20025-CR-LENARD/O'SULLIVAN
Case No. _____

18 U.S.C. § 545
18 U.S.C. § 2
18 U.S.C. § 982

**UNITED STATES OF AMERICA**

**vs.**

**FSD GROUP, LLC,**

       **Defendant.**

_____/

## INFORMATION

### Unlawful Receipt, Purchase, and Sale of Smuggled Goods
### (18 U.S.C. § 545)

The United States Attorney charges that:

From on or about October 20, 2008, and continuing through on or about March 25, 2009, at Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### FSD Group, LLC,

did knowingly receive, buy, sell, and in any manner facilitate the transportation, concealment, and sale of merchandise after importation, knowing the same had been imported and brought into the United States contrary to law, that is: approximately 65,592 kilograms of HCFC-22 with an approximate fair market value of $733,096.00, which the defendant knew had been imported and brought into the United States contrary to the Clean Air Act, Title 42, United States Code, Sections 7413(c)(1) and 7671d, and Title 40, Code of Federal Regulations, Part 82.

In violation of Title 18, United States Code, Sections 545 and 2.

## CRIMINAL FORFEITURE

1.      The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **FSD Group, LLC**, has an interest.

2.      Upon conviction of any violation of Title 18, United States Code, Section 545 as alleged in this Information, the defendant shall forfeit all of its right, title, and interest to the United States in any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 982(a)(2)(B) and in any merchandise introduced into the United States in the commission of such violation, or the value thereof, pursuant to Title 18, United States Code, Section 545.

3.      The property subject to forfeiture includes, but is not limited to, the following:

The sum of $180,051.00 USD, which sum represents the proceeds derived from the violation alleged in this Information.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 545, and the provisions of Title 21, United States Code, Section 853.


WIFREDO A. FERRER
UNITED STATES ATTORNEY


JODI A. MAZER
Special Assistant U.S. Attorney


-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| FSD GROUP, LLC, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| _____ Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB ___ FTP |

New Defendant(s)                    Yes _____    No _____
Number of New Defendants
Total number of counts              _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | X (Plea) | Petty _____ |
| II | 6 to 10 days | _____ | Minor _____ |
| III | 11 to 20 days | _____ | Misdem. _____ |
| IV | 21 to 60 days | _____ | Felony X |
| V | 61 days and over | | |

6. Has this case been previously filed in this District Court?  (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X  No

_____
JODI A. MAZER
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID# 0186503

\*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** __FSD GROUP, LLC,_____

**Case No:** _____

Count #: 1

Entry of Goods Contrary to Law

18 U.S.C. § 545

**\* Max. Penalty:** $500,000

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**